```
              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                   Alexandria Division
```

SMARTIRE SYSTEMS, INC.,            )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   Civil Action No. 1:07cv932
                                   )
SIEMENS VDO AUTOMOTIVE CORP.,      )
et al.,                            )
                                   )
        Defendants.                )

## MEMORANDUM OPINION

THIS MATTER came before the Court for in camera inspection of documents BPN 11-EPN 13, BPN 14-EPN 16, BPN 56-EPN 57, BPN 61, BPN 62, BPN 63-EPN 70, and BPN 71-EPN 73.  The Court understands that defendant withdrew its claim of privilege with regard to BPN 17-EPN 21 and that document will be produced to plaintiff; BPN 58-EPN 60 and BPN 74-EPN 83 have already been produced.

UPON REVIEW of the privilege log, unredacted documents, and other materials submitted at the direction of the Court, the Court finds that all of the redacted portions of the documents reflect privileged attorney-client information and advice.  It is therefore ORDERED that the unredacted portions of these documents need not be produced.

An appropriate Order shall issue.

ENTERED this 18th day of March, 2008.

                                         _____/s/_____
                                         THERESA CARROLL BUCHANAN
                                         UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia